**RECEIVED**
12/5/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

KG

*Amended Complaint*　　　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　　　　　　　　　　　　　Northern District of Illinois

Plaintiff

Richard S. Roth

V.　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
Defendant　　　　　　　　　　　　　　　　　　)

　　　　　　　　　　　　　　　　　　　　　　　Case Number: New

The Illinois State Police
Cook County
Lake County　　　　　　　　　　　　　　　　　1:24-cv-12510
Vernon Hills　　　　　　　　　　　　　　　　　Judge Robert W. Gettleman
Deerfield Police Department　　　　　　　　　　Magistrate Judge Gabriel A. Fuentes
The Illinois State Police　　　　　　　　　　　　Cat 2 / Random Assignment / BC
Village of Glenview
The Boeing Corporation
The Northrop Grumman Corporation
The Lockheed Martin Corporation
Abt Electronics
Grainger Industrial Supply


NOTE: It is imperative that the mailing address not be changed and that **David Cole, of The Boeing Corporation** or Jim Nichols of Lockheed Martin or another substitute step in to testify as has often been the case in law suited where these Defendants sued as Plaintiffs.

**COMPLAINT**

The Plaintiff seeks resolution from the court for this federal question. First the Plaintiff asserts the Defendants committed the following acts against him and are specified as requested.

All of the Defendants are guilty of committing harassment, torture, theft including that of intellectual property, assault, battery, grave bodily injury. This Includes lost cars, homes, a wife and every job and business I ever had. The stress has caused loss of work and severe mental anguish. This is all 100% true and will be heard in open unsealed court. Their goal is to demoralize, defame, and effectively cover up the wrong doings of their customers. They have severely injured me over and over.

**Deerfield Police Department:**

Radio Operator Nichols of the Deerfield Police put me on a radio for Officer Rich Wilk.

Hit me from a drone helicopter pilot– The Investigator

Drones were used as early as 1986 in Deerfield prior to law and FAA regulation permitting such in 1996

Hit by several of their Helicopter pilots – These are designed to primarily connect a person to a satellite

Hit by Their Radio which is a C-Class military satellite Manufactured by Lockheed Martin

Put on and then hit by their double stack antenna

Hit by their Satcom operator at close range in the head to the radio using Strontium-90 as the active communications isotope (SR-90)

Deerfield Police had a small section of vision removed from Deerfield residents using a 1979 DOD satellite (this is a classified practice) which was later exploited and expanded by other parties including Northrop Grumman and the Boeing corporation. The Deerfield Police encouraged, purchased and hired people to ensure you were always discredited and harassed for liability reasons.

The Deerfield Police routinely put people on and listen to them on their satellites and Radio's.

**Abt Electronics:**

They put you on their satellite which had no dish.

They hit me in the head at least twice with 12-gauge rods.

Their helicopter fires SR-80's and 90's and I was routinely hit

Tagging at specific frequency damaged my vision. A variety of techniques including some that are classified were

Employed to remove portions of vision.

Was not paid $300K as an employee of Abt for operating a business under a satellite without a dish

**Village of Glenview:**

Convened a grand jury and convicted me of "electronic harassment" when I called my former employer Abt Electronics twice to ask for help with actual "electronic harassment" and members of the grand jury were not all Glenview residents.

As a result, I was wrongfully incarcerated for 9 months in Cook County Jail. I believe this process was executed with the input of Boeing, Northrop Grumman, Abt Electronics, the FBI, and The Illinois State Police. Plaintiff was wrongfully incarcerated for 9 months when he called Abt Electronics twice and asked for help with this matter. They called the police although I was formerly employed there. A grand jury was convened of individuals who didn't all live in Glenview and ironically, the Plaintiff was convicted of Electronic Harassment instead of the perpetrators against him of which he inquired about help with.

**Grainger Industrial Supply:**

After being hired by enthusiastic management, I showed up with "The Radio" helicopter pilot, "The Radio", and a second helicopter pilot Raytheon that fired glass tags all placed on you by the Deerfield Police. Jim Grainger II hit me 2500 times by a Boeing with and his dad flipped out and hit me in the head with an Illinois State Police tower rod dipped in SR-90 from a Northrop Grumman police helicopter. Tagging at a specific frequency damaged my vision. A variety of techniques including some that are classified were employed to remove portions of vision. The Director of Security for Grainger Industrial Supply spoke to me using a strontium tag at a near Wi-Fi frequency in a condescending and demeaning fashion. Grainger Industrial Supply in conjunction with the Deerfield police encouraged via harassment my departure from the company. I lost a $10,000 bonus by "needing to" leave to avoid getting hit by The Radio and eventually by Grainger Industrial Supply's own Satellite. By now due to shared equipment and operator in the area Abt Electronics, Deerfield Police, and Grainger Industrial Supply could hear me on the MO handsets at 461.125 mhz. Granger Industrial Supply's Mike Kreuser and Jim Grainger (then Northrop Grumman Satcom Engineers) have repeatedly placed me on a variety of satellites and related equipment including Boeing, Northrop Grumman, and Lockheed Martin satellites.

**Northrop Grumman:**

Every person who ever harmed me works or worked for this company. For decades they let their employees harm me using various pieces of equipment. When I went to ask a question or even help them I was trespassed for a year. They repeatedly offered me a job only to later be assured it was fake. They removed portions of my vision

Northrop Grumman helicopters played a larger role in my development than my own parents. Northrop Grumman Helicopter pilots stuck me back on the radio and the ISP long after I was off and that was another scheme to generate revenue to get me off these things. It was always about using me to generate revenue and often at my expense by the group of Northrop Grumman employees that would one day rise through the ranks into agencies and employment at Lockheed Martin. Northrop Grumman stuck you on its radio. They stuck you on Abt. They stuck you on the radio and GIS.

Their employees stuck you on magnetic field designed to imitate being put on a satellite and to torture you. A list of my whereabouts and other notes and conditions was passed to every drone pilot and satcom operator and technician in the company and well beyond with Jim Nichols instructions. They significantly damaged my vision using a variety of techniques including some that are classified.

**--Boeing:--**

Profited off my ideas. Hit me with metal regularly in person and from above. Drop frequency guided tungsten tipped and other metals and worms on me. Allowed the operation of a satellite with me on it by someone who would never let you go. Used the radios purchased by NGC and Grainger and Abt. Significantly damaged my vision using a variety of techniques including some that are classified. Repeatedly gave me filarial infections and dropped caches of tungsten tipped frequency tags into me. Worked in conjunction with the air and radio division of the Chicago Police and Deerfield to break and enter into my house and deploy as operatives on equipment to beat, harass, and steal from me.

**Lockheed Martin:**

Some of their equipment in use and operated from different locations. Most of the equipment is manufactured by Lockheed Martin, Northrop Grumman, and the Boeing corporation.

Hits you daily with metal tags and crap from a Sikorsky and the other equipment he operates. Excused from lawsuit because they fixed all my problems and gave me a job

**Chicago Police:**

Was hit outside the police station with whips that were to Deerfield, FBI, State of Illinois radios. Repeatedly put on their radio. The Chicago Police hit the plaintiff from the air and an antenna and a police radio. A radio is a radio is radio.

**Lake County:**

Agreed to let all the equipment go that was being held at Lake County ISP dish in the Lincolnshire/ Bannockburn / Mettawa area that was previously stuck on me.

**Cook County:**
Three or four incidents of fear and harassment from their equipment in the air and above. Also, Jason Altice has been around 2-3 times in person to fire metal at me.

----

The Plaintiff was repeatedly "hit by people and equipment" by the defendant's employees and their customer's employees. Plaintiff was tortured and sustained injury over 35 years and was also deprived of his civil rights as outlined below. Defendants used a variety of equipment to inflict grave bodily harm to the defendant and in particular brutally attacked the plaintiff to prevent him from exercising his right to Petition Clause of the First Amendment to the United States Constitution. Right to sue.

Furthermore, Municipal and Law Enforcement Defendants are guilty of failure to provide equal protection under the law as established under the 14th amendment from harassment, grave bodily injury, wrongful intrusion into private activities, attempted murder, overt and excessive surveillance as unconstitutional policing. Their actions are tantamount to State sponsored terrorism against a US Citizen due to the intelligence sharing in the process of inflicting harm to the Plaintiff.

Plaintiff was subjected to Violation of the freedom from drone surveillance act. Violation of title 18, USC Section 241 –

Conspiracy Against Rights. Title 18 USC Section 242 Deprivation of Rights under color of law. Violation of Title 18, section

245 Federally protected activities. Wrongful intrusion into one's private activities per the international covenant on civil and political rights and private activities.


The defendants all willingly and willfully committed or were an accomplice to physical and mental harassment, torture (Section 2340A of Title 18, United States Code), grave bodily injury, attempted

murder, causing financial loss, causing personal loss, and mental cruelty repeatedly over a 35-year period beginning in 1989 and still occurring today.

**Plaintiff lost:** 2 owned homes, 6 cars, one marriage, roughly one million dollars. Injuries sustained by the plaintiff include elevated strontium, cadmium, cervical and lumbar spinal damage to include numb hands and one foot, they repeatedly threaten to cause grave bodily injury to the plaintiff's genitalia. The plaintiff was induced to participate in unwanted behaviors. The plaintiff has sustained concussive brain damage that is apparent on hospital imaging where allowed. The Plaintiff has sustained testicular damage from excessive calcium or strontium deposits resulting in a need to supplement testosterone. The Plaintiff has been diagnosed with lupus believed to be from an infection and was found to be DSDNA positive at the age of 48 after being given a filarial infection (hit with tungsten tipped filarial rounds). Plaintiff has suffered mutilation, torture, poisoning, grave bodily injury, mental cruelty, harassment, experimentation, and theft.

At one point or another the Plaintiff lost every worldly possession including clothes, computers, a business, furniture, and everything in its entirety.

IEMA 32 ILLINOIS ADMINISTRATIVE CODE 330 was violated each time SR-90 and other nuclear isotopes were used on the Plaintiff by an operator without an NRC license.

This is a summary to be amended once the Plaintiff is no longer under life altering duress as has repeatedly been done over 35 years of life. Do you understand I'm being murdered by Boeing people and equipment and Northrop Grumman people and equipment and Lockheed Martin people and equipment?

**RELIEF in no uncertain terms. Plaintiff seeks $100,000,000,000.**

This is a true story that deserves its day in open court regardless of who's undue influence stands in the way of justice. I did not draw the picture below, but it accurately depicts my life. For real. I lost 35 years to a game played more typically between the police and military including the divisions of the fake democracy's defense contractors listed above and the other participants who are bribed or pay or participate and every which way. Do you understand people can be put on radios and have been since their incep Jim Grainger, Bob Hollister, Jim Nichols, Mike Obrien, Jim Obrien. There are all kinds of radios. I insist on my day in court.

12/5/2024

*Richard Roth*

*JRot*